UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-80149-CR

UNITED STATES OF AMERICA,
             Plaintiff
vs.

Vernon Atreidis /

## SENTENCING MINUTES

DATE: 1/6/12
AUSA: Paul Schwartz
Court Reporter: Stephen Franklin
Defense Counsel: Valentin Rodriguez
Deputy Clerk: Irene Ferrante

## JUDGMENT AND SENTENCE

Imprisonment **66** MONTHS as to COUNTS **two**

Probation _____ YEARS as to COUNTS _____

Supervised Release **one** YEARS as to Counts **two**

[✓] Association restriction  ___ Employment Requirement  [✓] Permissible Search  ___ Deportation
___ Mental Health Treatment  [✓] Substance abuse treatment  ___ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

Assessment $ 100.00  Fine _____  Restitution: _____

___ Counts remaining dismissed on Government motion _____
[✓] Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
[✓] Voluntary Surrender on or before **2:00 pm 4-27-12**
Recommendation to the Bureau of Prisons **500 hr drug program**
**FPC-Pensacola**

Time in court: **:30**

statement from: Jennifer Atreidis